# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00481-BAK<br><br>ORDER RE: STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF Nos. 12, 13) |

On March 31, 2022, the parties submitted a stipulated request for a thirty-day extension of time to file Plaintiff's opening brief from April 11, 2022, to May 11, 2022.  (ECF No. 13.)  The parties proffer good cause exists to grant the extension because counsel for Plaintiff currently has multiple briefs due the same day and requires additional time to effectively advocate for Plaintiff.  The Court finds good cause exists to grant the requested extension and to extend Plaintiff's deadline to file an opening brief.

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until May 11, 2022, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the amended scheduling order (ECF No. 12) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **March 31, 2022**

UNITED STATES MAGISTRATE JUDGE